

FILED'09 AUG 10 16:35USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

STEPHEN HEPOLA,         )
                        )
         Plaintiff,     )
                        )   Civil Case No. 07-1773-PK
     v.                 )
                        )   O R D E R
MICHAEL J. ASTRUE, Commissioner of )
Social Security,        )
                        )
         Defendant.     )
_____)

Bruce W. Brewer
419 Fifth Street
Oregon City, Oregon 97045

    Attorney for Plaintiff

Kent S. Robinson
Acting United States Attorney
District of Oregon
Adrian L. Brown
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

Page 1 - ORDER

Thomas M. Elsberry
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on May 15, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#31).

IT IS HEREBY ORDERED that the Commissioner's decision is affirmed.

DATED this 10 day of August, 2009.

                                GARR M. KING
                                United States District Judge